IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Calvin, Dorothy M | Case Number:  05 B 08230 |
| | Judge:  Squires, John H |
| Printed:  7/22/08 | Filed:  3/8/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed:  May 22, 2008
Confirmed:  May 11, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 11,158.00 | |
| Secured: | | 1,316.75 |
| Unsecured: | | 5,892.02 |
| Priority: | | 0.00 |
| Administrative: | | 2,894.00 |
| Trustee Fee: | | 506.99 |
| Other Funds: | | 548.24 |
| Totals: | 11,158.00 | 11,158.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 4. | Chase Manhattan Mortgage Corp | Secured | 1,638.88 | 340.75 |
| 5. | Cook County Treasurer | Secured | 976.00 | 976.00 |
| 6. | ECast Settlement Corp | Unsecured | 1,080.78 | 1,080.78 |
| 7. | Cook County Treasurer | Unsecured | 16.50 | 16.50 |
| 8. | United Student Aid Funds Inc | Unsecured | 958.61 | 958.61 |
| 9. | Comcast Cablevision | Unsecured | 275.67 | 275.67 |
| 10. | Monterey Financial Services | Unsecured | 13.17 | 13.17 |
| 11. | United Student Aid Funds Inc | Unsecured | 2,736.30 | 2,736.30 |
| 12. | Monterey Financial Services | Unsecured | 10.90 | 0.00 |
| 13. | SBC | Unsecured | 810.99 | 810.99 |
| 14. | Cross Country Bank | Unsecured | | No Claim Filed |
| 15. | Cross Country Bank | Unsecured | | No Claim Filed |
| 16. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 17. | Roseland Community Hospital | Unsecured | | No Claim Filed |
| 18. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 19. | CB USA | Unsecured | | No Claim Filed |
| 20. | SBC | Unsecured | | No Claim Filed |
| 21. | Children's Place | Unsecured | | No Claim Filed |
| 22. | Sprint | Unsecured | | No Claim Filed |
| 23. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 24. | FCNB MC | Unsecured | | No Claim Filed |
| 25. | Cingular Wireless | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Calvin, Dorothy M | Case Number:  05 B 08230 |
| | Judge:  Squires, John H |
| Printed:  7/22/08 | Filed:  3/8/05 |

$ 11,411.80         $ 10,102.77

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 36.32 |
| 3% | 52.50 |
| 5.5% | 260.41 |
| 5% | 86.72 |
| 4.8% | 68.62 |
| 5.4% | 2.42 |
| | $ 506.99 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____